IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHONTELL SUMNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  11-00635-JPG-SCW |
| | ) |
| AFNI, INC. and DOES, Inclusive, | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record;

and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   March 21, 2012

**NANCY ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**


APPROVED:   *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **U. S. DISTRICT JUDGE**